UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)
CIVIL DOCKET FOR CASE #: 1:25-cv-10045-WGY

| | |
|---|---|
| JANE JONES | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| FREETOWN LAKEVILLE | ) |
| REGIONAL SCHOOL DISTRICT | ) |
| and GILBERT HERNANDEZ | ) |
|     Defendants | ) |

**(ASSENTED TO) FREETOWN LAKEVILLE  REGIONAL SCHOOL DISTRICT'S
MOTION TO CONTINUE SCHEDULING CONFERENCE**

NOW COMES the Defendant Freetown Lakeville Regional School District and moves this Honorable Court to continue the September 24, 2025 Scheduling Conference before the Honorable William G. Young to a new date.  As reason for requesting that the scheduling conference be moved to a new date, Freetown-Lakeville states as follows:

1. This matter is scheduled for a Scheduling Conference on September 24, 2025 per an email from the Court dated 8-15-2025.

2. Prior to receipt of this scheduling order, defense counsel for Freetown-Lakeville Regional School District was scheduled to appear in Norfolk Superior Court, sitting at Dedham, at the same date and time in the matter known as Estate of Turner v. Red Brick Road, LLC; Woodmeister Master Builders, Inc. and Robert Morgenstern, Norfolk Superior court, C.A. NO.:  2182CV 00743.   The Estate of Turner matter is scheduled for trial assignment conference and the court will also hear oral argument on the question of whether there will be a bifurcation of issues before trial.

3. The parties have conferred on the subject matter of this Motion to Continue pursuant to L.R. 7.1 and Plaintiff's counsel has assented to a continuance of the Scheduling Conference in this matter.

4. No prejudice will result to any party or to the court as a result of allowing this assented-to motion.

5. The parties to this case jointly propose the following dates for the Court's consideration as proposed new dates for the conference: September 30-October 3, 2025; October 27-31 or other dates this Court deems reasonable and proper.

WHEREFORE, the Defendant Freetown-Lakeville School District respectfully requests a brief continuance of the 9-24-2025 Scheduling Conference.

    Respectfully submitted,

    Freetown Lakeville Regional School District
    By its attorneys,

    _____
    Marielise Kelly, Esq.
    mlk@grg;aw.com
    B.B.O. #559595 (MA)
    Gargiulo / Rudnick, LLP
    766 Falmouth Rd., Suite A-6
    Mashpee, MA 02649
    (508) 477-6400

September 9, 2025

**ASSENTED TO:**

Plaintiff Jane Jones,
By her attorneys,

*/s/ Carmen L. Durso*

_____

Law Office of Carmen L. Durso
276 Union Avenue
Framingham, MA  01702
617-728-9123
339-933-0272 (cell)
carmen@dursolaw.com

## CERTIFICATE OF SERVICE

I, Marielise Kelly, certify that I served the within document electronically via ECF on all counsel of record.

                                                Marielise Kelly

September 9, 2025